IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | : | Civil Action No. _____ |
| Plaintiff, | : | |
| v. | : | |
| ELLIOTT OLIVAS | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through its attorney of record, hereby submits that AF Holdings LLC does not have a parent corporation that owns 10% or more of its stock.

                                                            Respectfully submitted,

                                                            AF Holdings, LLC,

DATED: September 30, 2012        By:    /s/ Daniel G. Ruggiero

                                                            Daniel G. Ruggiero, Esq.
                                                            P.O. Box 291
                                                           Canton, MA 02021
                                                           Telephone: (339) 237-0343
                                                           Fax: (339) 707-2808

                                                           *Attorney for Plaintiff*