**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

_____
                                        )
AF HOLDINGS, LLC,                       )        Civil Action No. 3:12-cv-01401-JBA
                                        )
v.                                      )
                                        )
ELLIOT OLIVAS                           )
                                        )        JANUARY 23, 2013
_____        )

**MOTION TO ADMIT VISITING ATTORNEY**

Pursuant to L. Civ. R. 83.1(d), Frances Codd Slusarz, counsel for Defendant, moves for permission for visiting attorney Jason Sweet to represent Defendant.  I am a member of the bar of this Court.  I have attached an affidavit sworn by Attorney Sweet containing information required of visiting lawyers, as well as payment of $75.00 to the Clerk of Court.

Respectfully submitted,


/s/ Frances Codd Slusarz_____
Frances Codd Slusarz (ct24442)
The Slusarz Law Firm, LLC
57 North Street, Suite 107
Danbury, Connecticut 06810
Tel.: (203) 542-0724
Fax: (203) 542-7835
Email: frances@slusarzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

 /s/ Frances Codd Slusarz
Frances Codd Slusarz