# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 3:12-cv-01401-JBA |
| Plaintiff, | |
| v. | |
| ELLIOT OLIVAS | |
| Defendant. | |

## AFFIDAVIT OF JASON SWEET

1. I, Jason Sweet, practice at the law firm Booth Sweet, LLP, 32R Essex Street, Cambridge, Massachusetts 02319, Telephone: (617) 250-8619, Facsimile: (617) 250-8883, Email: jsweet@boothsweet.com.

2. I, Jason Sweet, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Massachusetts (BBO# 668596), the United States District Court for the District of Massachusetts, and First Circuit Court of Appeals (# 1155137).

3. I have not been the subject of disciplinary proceedings, nor have any criminal charges ever been instituted against me. Further, I have not been denied admission to the courts of any state or federal court since my admission to the Bar.

4. I have fully reviewed and am familiar with the Local Rules of this Court.

5. I am associated with Frances Codd Slusarz, The Slusarz Law Firm, LLC, 57 North Street, Suite 107, Danbury, Connecticut 06810, Telephone: (203)542-0724, Facsimile: (203) 542-7835, Email: frances@slusarzlaw.com

   I agree that service may be made on Frances Codd Slusarz for all matters connected with this case, and that service upon same will have the same effect as if personally made upon me.

   I verify under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2013

Respectfully,

_____
Jason E. Sweet (BBO# 668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

On January 22, 2013, before me, ___Torry Khakali___, Notary Public, personally appeared Jason Sweet, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which that person acted, executed the instrument.

WITNESS my hand and official seal,

_____
My Commission Exp. 9/23/16