UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF Holdings, LLC,<br>    *Plaintiff*,<br><br>        v.<br><br>Olivas,<br>    *Defendant.* | Civil No. 3:12cv1401 (JBA) |

ENDORSEMENT ORDER

Motion to Admit *Pro Hac Vice* [Doc. # 9] is DENIED, without prejudice to renew, for failure to comply with D. Conn. L. Civ. R. 83.1(d).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 28, 2013