UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 3:12-cv-01401-JBA |
| Plaintiff, | |
| v. | |
| ELLIOT OLIVAS | |
| Defendant. | |

**MOTION TO ADMIT VISITING ATTORNEY**

Pursuant to L.Civ.R. 83.1(d), Defendant moves for permission for visiting attorney Jason Sweet to represent Defendant. I am a member of the bar of this Court. Attached is an affidavit sworn by Attorney Sweet containing information required of visiting lawyers, as well as payment of $75.00 to the Clerk of Court.

Dated: February 4, 2013

Respectfully,

Frances Codd Slusarz (Fed. Bar No. ct24442)
The Slusarz Law Firm, LLC
57 North Street
Suite 107
Danbury, Connecticut 06810
Tel.: (203)542-0724
Fax: (203) 542-7835
Email: frances@slusarzlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

Frances Codd Slusarz