# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF HOLDINGS, LLC, | Civil Action No. 3:12-cv-01401-JBA |
|       Plaintiff, | |
| v. | |
| ELLIOT OLIVAS, | |
|       Defendant. | |

## [PROPOSED] ORDER DISMISSING DEFENDANT'S COUNTERCLAIMS

The Court has reviewed Plaintiff's Motion to Dismiss Defendant's Counterclaims, and the relevant case law. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Dismiss Defendant's Counterclaims is GRANTED; it is further

ORDERED that Defendant's first counterclaim for declaratory judgment of non-infringement is denied with prejudice; it is further

ORDERED that Defendant's second counterclaim for abuse of process is denied with prejudice; it is further

ORDERED that Defendant's third counterclaim for copyright misuse is denied with prejudice; it is further

ORDERED that Defendant's fourth counterclaim for defamation is denied with prejudice.

DATED: _____                                     _____
                                                                                         United States District Judge