**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| AF HOLDINGS, LLC, | ) | Civil Action No. 3:12-cv-01401-JBA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ELLIOT OLIVAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION FOR PRE-FILING CONFERENCE**

Pursuant to the Chamber Practices of this Court and the Court's Order on Pretrial Deadlines (ECF No. 3), Plaintiff AF Holdings, LLC respectfully requests a pre-trial conference in the above captioned matter. Plaintiff intends to file a motion to dismiss Defendant's Counterclaims in their entirety, pursuant to Fed. R. Civ. P. 12(b)(6).

The Chamber Practices of this Court and the Court's Order on Pretrial Deadlines state that the deadline for filing a responsive pleading will be tolled upon the filing of this motion. Plaintiff seeks an additional five (5) days after the pre-filing conference within which to file its motion to dismiss, to allow for any amendment that may be necessitated by the conference.

WHEREFORE, Plaintiff respectfully requests this Court schedule a pre-filing conference.

[intentionally left blank]

Respectfully submitted,

AF Holdings, LLC,

DATED: January 25, 2013

By:   /s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.
P.O. Box 291
Canton, MA 02021
Telephone: (339) 237-0343
Fax: (339) 707-2808
Email: daniel.ruggiero.esq@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 15, 2013, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

/s/ Daniel G. Ruggiero