UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF Holdings,<br>    *Plaintiff*,<br><br>    *v.*<br><br>Olivas,<br>    *Defendant*. | Civil No. 3:12cv1401 (JBA) |

### SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 3/20/13, the following schedule is ordered:

1. Defendant's Amended Counterclaim, if any, will be filed by 3/29/13.

2. Plaintiff's Motion to Dismiss Counterclaim will be filed by 4/19/13; opposition will be filed by 5/10/13; any reply will be filed by 5/24/13.

3. Oral Argument will be held on 7/8/13 at 10:00 a.m., Courtroom Two.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: March 20, 2013.