UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AF Holding, LLC,
        *Plaintiff*,

                v.                                    Civil No. 3: 12cv1401 (JBA)

Elliott Olivas,
        *Defendant*.

NOTICE  TO  COUNSEL/PRO SE PARTIES

The Court has reviewed the file in this case to monitor the parties' compliance

with Local Rule 26(f).  Local Rule 26(f) provides that, within 30 days after the

appearance of any defendant, the attorneys of record and any unrepresented parties must

confer for purposes described in Fed. R. Civ. P. 26(f).  Local Rule 26(f) further provides

that, within 14 days after the conference, the participants must jointly file a report of the

conference using Form 26(f).

It appears that more than forty days have passed since the appearance of a

defendant in this case but no report has been filed.

Accordingly, it is hereby ordered that the parties must file a Form 26(f) report by

***6/4/13***  along with a written statement signed by all counsel and/or *pro se* parties

explaining why sanctions should not be imposed for the parties failure to comply with

Local Rule 26(f).  (See Format for such explanation attached).  Failure to comply with

this order may result in dismissal of the complaint.

ROBIN D. TABORA, CLERK

By: _____/s/_____
                Betty Torday
                Courtroom Deputy

Dated at New Haven, Connecticut, May 24, 2013.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

,
   *Plaintiff,*

*v.*                                   Civil No. 3: (JBA)

,
   *Defendant.*

**** **SAMPLE** ****

STATEMENT OF EXPLANATION RE: RULE 26(f) REPORT

In accordance with the Notice to Counsel dated May 24, 2013, the parties hereby submit their written statement explaining why sanctions should not be imposed for the parties' failure to comply with D. Conn. L. Civ. R. 26(f):

[EXPLANATION]

_____        _____

Plaintiff(s) Counsel or *Pro Se* Party        Defendant(s) Counsel or *Pro Se* Party

Dated at  May 24, 2013.