UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF HOLDINGS, LLC, | ) <br> ) <br> ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | )   Civil Action No. 3:12-cv-01401-JBA <br> ) |
| ELLIOT OLIVAS, | ) <br> )   JUNE 26, 2013 |
|     Defendant/Counter-Plaintiff. | ) <br> ) |

**DECLARATION IN SUPPORT OF DEFAULT JUDGMENT**

I, Jason E. Sweet, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts and admitted *pro hac vice* before this Court, among others. I am a partner in the law firm of Booth Sweet LLP, attorneys for the Defendant. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Plaintiff instituted this action on October 1, 2012, alleging copyright infringement, contributory infringement and civil conspiracy.

3. Plaintiff completed service on the Defendant on January 4, 2013.

4. The Defendant filed and served his Answer and Counterclaims upon the Plaintiff on January 25, 2013.

5. On March 20, 2013, a pre-filing conference was held before this Court. During the conference, Plaintiff represented it would be filing a motion to dismiss Defendant's counterclaims.

6. The Court issued a Scheduling Order requiring Plaintiff to file its motion to dismiss by April 4, 2013.

7. To date, the Plaintiff has neither answered the Complaint nor indicated to Defendant any intention to do so, and the time for answering the Complaint has expired.

8. On April 3, 2013, Defendant attempted to discuss with Plaintiff initial disclosures under Rule 26(a)(1) and delivered a letter to that effect.

9. On June 4, 2013, Defendant contacted Plaintiff to inquire about his 26(f) Proposed Joint Pretrial Discovery Schedule.

10. Plaintiff has not responded either discovery request other than to inform Defendant that the matter was forwarded to Paul Duffy of Prenda Law, Inc.

11. I am informed and believe that Defendant is not an infant or incompetent, nor an active member of the military.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 27, 2013

                                          s/ Jason Sweet
                                          Jason E. Sweet