UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | ) | |
|---|---|---|
| AF HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| v. | ) | Civil Action No. 3:12-cv-01401-JBA |
| | ) | |
| ELLIOT OLIVAS, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**[PROPOSED] DEFAULT JUDGMENT**

This action was commenced on October 1, 2012 by the filing of the Summons and Complaint, copies of which having been personally served on the Defendant Elliot Olivas on January 4, 2013. On January 25, 2013, the Defendant filed and served his Answer and Counterclaims upon the Plaintiff. The Court ordered Plaintiff to file its motion to dismiss or otherwise answer Defendant's counterclaims by April 4, 2013. To date, the Plaintiff has neither answered the Complaint nor indicated to Defendant any intention to do so, and the time for answering the Complaint has expired.

On April 3, 2013, Defendant attempted to discuss with Plaintiff initial disclosures under Rule 26(a)(1) and delivered a letter to that effect. On June 4, 2013, Defendant contacted Plaintiff to inquire about his 26(f) Proposed Joint Pretrial Discovery Schedule. Plaintiff has not responded either discovery request other than to inform Defendant that the matter was forwarded to Paul Duffy of Prenda Law, Inc.

Based upon Defendant's Motion for Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiff's claims against Defendant, including members of his household, are dismissed with prejudice.
2. Defendant is entitled to the relief demanded in his Counterclaims.
3. Plaintiff shall pay damages, including attorney's fees and costs, to Defendant for non-infringement of Plaintiff's copyrights in the film *Sexual Obsession* as identified in the Complaint.
4. Defendant is allowed limited discovery for purposes of determining the assets of the Plaintiff and who controls said assets.

DATED: _____                By:

 

                                                                                                       _____
Hon. Janet Bond Arterton
United States District Judge