UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF Holdings, LLC,<br>　　*Plaintiff*,<br><br>　　*v.*<br><br>Elliott Olivas,<br>　　*Defendant.* | Civil No. 3:12cv1401 (JBA) |

NOTICE TO PLAINTIFF AF HOLDINGS, LLC

　　By Motion dated August 14, 2013, which was mailed to you, Attorney Daniel G. Ruggiero has moved to withdraw his appearance on behalf of AF Holdings, LLC on grounds attorney/client breakdown in communications.  Pursuant to D. Conn. L. Civ. R. 7(e) that Motion will remain under advisement until September 30, 2013 to give you the opportunity to engage successor counsel to file an appearance on your behalf.  Any replacement attorney's appearance must be filed with the Clerk of Court no later than September 30, 2013.   (Form attached.)

　　Please be advised that the Court intends to grant Attorney Ruggiero's Motion to Withdraw as Counsel [Doc. # 31] on September 30, 2013.   If you fail to engage replacement counsel by that date, you may be deemed to have failed to appear, plead and/or comply with a court order and defendant may move for default or dismissal may be entered against AF Holdings, LLC.  If a judgment of default or dismissal is entered it may only be set aside in accordance with Fed. R. Civ. P. 60(b).

　　Attorney Ruggiero shall provide plaintiff with a copy of this Notice and accompanying form.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 29th day of August 2013.