UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF HOLDINGS, LLC, | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 3:12-cv-01401-JBA |
| ELLIOT OLIVAS, | ) |
|     Defendant/Counter-Plaintiff. | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH ORDER TO FILE A MOTION FOR DEFAULT JUDGEMENT PURSUANT TO FRCP 55(b)**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant hereby requests, *nunc pro tunc,* an extension of time of nine days, or until **October 25, 2013,** to file his motion for default judgement of the Plaintiff pursuant to FRCP 55(b). Grounds for this motion are as follows:

1. Plaintiff filed his Complaint on October 1, 2012; and subsequently served Defendant, on January 4, 2013.

2. On January 25, 2013, the Defendant filed and served his Answer and Counterclaims upon the Plaintiff.

3. To date, the Plaintiff has neither answered the Complaint nor indicated to Defendant any intention to do so, and the time for answering the Complaint has expired.

4. On August 31, 2013, the Court granted Defendant's unopposed Motion for Default Entry 55(a); and gave Defendant until September 29, 2013 to file a Motion for Default Judgement 55(b).

5. On September 30, 2013, the Plaintiff and its principal testified at an evidentiary hearing in Minnesota. *AF Holdings LLC v. John Doe*, No. 12-cv-01445-JNE-FLN (D. Minn. 2013).

6. Accordingly, Defendant seeks to incorporate this testimony, and additional facts that have come to light, into his Motion for Default Judgement 55(b).

7. Defendant now asks this Court to grant a nine (9) day extension of time through and including October 25, 2013, to to file his motion for default judgement in compliance with the COurt's August 31, 2013 Order.

This motion is filed in good faith and not for the purposes of delay. Granting this motion will not prejudice any of the parties to this action. Plaintiff's counsel withdrew on August 31, 2013. Plaintiff has not moved to substitute counsel. Defendant's counsel has attempted to contact the Plaintiff and its principals in an identical matter in Massachusetts, but has either received no response or has had the notices returned as undeliverable. *AF Holdings, LLC v. Chowdhury*, No. 12-cv-12105-JLT (D. Mass. Nov. 13, 2012).

WHEREFORE, Defendant, Elliot Olivas, respectfully requests this Court enter an Order Granting Defendant a nine (9) day extension of time to file a motion for default judgement up to and including October 25, 2013.

Dated: October 16, 2013

Respectfully Submitted,

s/ Jason E. Sweet
_____
Jason E. Sweet (BBO# 668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

*Pro Hac Vice Appearance*

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

s/ Jason E. Sweet
_____
Jason E. Sweet