## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF HOLDINGS, LLC,             ) | |
|        ) | |
|     Plaintiff/Counter-Defendant,   ) | |
| v.               ) | Civil Action No. 3:12-cv-01401-JBA |
|        ) | |
| ELLIOT OLIVAS,          ) | |
|        ) | |
|     Defendant/Counter-Plaintiff.   ) | |
|        ) | |

### ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH ORDER TO FILE A MOTION FOR DEFAULT JUDGEMENT PURSUANT TO FRCP 55(b)

THIS CAUSE, having come before the Court upon Defendant's, Elliot Olivas, Motion for an Extension of Time to file a Motion for Default Judgement, and the Court being fully advised in the premises.

**IT IS HEREBY ORDERED AND ADJUDGED** that said Motion is GRANTED.

**DONE AND ORDERED** in Chambers this ___ day of October, 2013.

UNITED STATES DISTRICT JUDGE

_____

Hon. Janet Bond Arterton