UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF Holdings,<br>    *Plaintiff*,<br><br>    *v.*<br><br>Olivas,<br>    *Defendant.* | Civil No. 3:12cv1401 (JBA) |

ENDORSEMENT ORDER

On August 30, 2013, the Court issued its Notice to Plaintiff AF Holdings [Doc. # 33] notifying them that it would grant Attorney Ruggiero's Motion to Withdraw Appearance [Doc. # 31] on September 30, 2013.  Defendant AF Holdings was notified that failure to obtain the appearance of substitute counsel by September 30, 2013 may be deemed a failure to appear, plead and/or comply with a court order.  No replacement counsel having entered an appearance on defendant AF Holdings behalf, nor extension of time sought, defendant may now move for default or dismissal against plaintiff.  If a judgment of default is entered against plaintiff, it may only be set aside in accordance with Fed. R. Civ. P. 60(b).

For the reasons set forth above, Attorney Ruggiero's Motion to Withdraw Appearance [Doc. # 31] is GRANTED.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 22, 2013.