# EXHIBIT A

# Contact Info for Shopper ID 39706942

| | |
|---|---|
| Shopper ID: | 39706942 |
| Private Label ID | 1 |
| Login Name: | alancooper069 |
| First Name: | Alan |
| Middle Name: | |
| Last Name: | Cooper |
| Company: | |
| Address1: | 4532 E Villa Theresa Dr. |
| Address2: | |
| City: | Phoenix |
| State/Prov: | AZ |
| Postal Code: | 85032 |
| Country: | US |
| Phone1: | 4806489301 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | johnlsteele@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 11/6/2010 10:01:19 AM |
| Last Changed By | gdwshAuthenticate.ResetPassword |
| Last Changed By Date | 5/4/2012 10:53:45 AM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | e |
| Twitter Handle | |

# Domain List for Shopper ID 39706942

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| SHELOSTTHEBET.COM | 8 Cancelled | 11/6/2010 | 11/6/2011 | 282160441 |
| IRAQCAREPACKAGES.COM | 8 Cancelled | 11/6/2010 | 11/6/2011 | 282160441 |
| MYGIRLFRIENDLOSTABET.COM | 8 Cancelled | 11/6/2010 | 11/6/2011 | 282160441 |
| TRANNYBOYSWHOLOVETHEIRTOYS.COM | 8 Cancelled | 11/10/2010 | 11/10/2011 | 282873606 |
| SNAKEBITE.CC | 8 Cancelled | 11/19/2010 | 11/19/2011 | 285142200 |
| NOTISSUES.COM | 8 Cancelled | 3/24/2011 | 3/24/2012 | 315315126 |

# Shopper Contact Audit History for Shopper ID 39706942

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 3/24/2011 1:56:03 PM | Diane R Kinney | GoDaddy Internal IP | country | us | US |
| 3/24/2011 1:56:03 PM | Diane R Kinney | GoDaddy Internal IP | email | alancooper069@gmail.com | johnlsteele@gmail.com |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | city | Chicago | Phoenix |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | country | US | us |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | first_name | John | Alan |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | last_name | Steele | Cooper |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | phone1 | 312-893-5888 | 4806489301 |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | state | IL | AZ |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | street1 | 161 N Clark Street | 4532 E Villa Theresa Dr. |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | street2 | Suite 4700 | |
| 11/6/2010 10:15:59 AM | Cust-39706942 | 24.118.198.196 | zip | 60601 | 85032 |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | city | | Chicago |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | country | | US |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | email | 39706942 | alancooper069@gmail.com |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | first_name | | John |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | last_name | | Steele |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | phone1 | | 312-893-5888 |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | state | | IL |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | street1 | | 161 N Clark Street |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | street2 | | Suite 4700 |
| 11/6/2010 10:11:59 AM | 24.118.198.196 | GoDaddy Internal IP | zip | | 60601 |

# Contact Report
## Jayme C Steele

Report Expiration
July 30, 2013

|  |  |
|---:|---|
| Name | Jayme C Steele |
| Age | 35 |
| Date of Birth | 3/30/1977 |
| Phone Number | 320-592-0011 |
| Additional Phone Numbers | 702-223-5209, 952-903-5343 |
| Most Recent Address | 314 W Monte Cristo Ave, Phoenix, AZ 85023-7420 |
| Aliases/Name Variations | Jamey Steele |

**14 addresses were found**

| Address | Added | Updated | City, State, Zip | Phone |
|---|---|---|---|---|
| 314 W Monte Cristo Ave | 7/2011 | 7/2011 | Phoenix, AZ 85023-7420 | |
| 21251 220th St | 6/2005 | 11/2006 | Mc Grath, MN 56350-4117 | 320-592-0011 |
| 3743 Irvington Ave | 2/2000 | 12/2005 | Miami, FL 33133-6105 | |
| 7641 128th St W | | 12/1995 | Saint Paul, MN 55124-9767 | |
| 21468 E Bonanza Way | | | Queen Creek, AZ 85142-3291 | |
| 21067 220th St | | | Mc Grath, MN 56350-4019 | 320-592-0011 |
| 4532 E Villa Theresa Dr | | | Phoenix, AZ 85032-1554 | |

| | | |
|---|---|---|
| 4404 Sandhorse Ct | Las Vegas, NV 89130-5212 | 702-223-5209 |
| 222 Zamora Ave, Apt 7 | Coral Gables, FL 33134-3930 | |
| 7511 Bristol Village Dr | Minneapolis, MN 55438-2562 | 952-903-5343 |
| 3160 Florida Ave | Miami, FL 33133-5113 | |
| 824 Jefferson Ave | Miami Beach, FL 33139-5632 | |
| 5533 Lagorce Dr | Miami Beach, FL 33140-2137 | |

## Possible Relatives

Possible relatives are people who are likely relatives of Jayme C Steele based on matching surname and shared addresses. Please note that this will not include all relatives.

**4 possible relatives were found**

**Deborah A Steele**
**Elizabeth N Steele**
**John Lawrence Steele Jr**
**John L J Steel**

| Name | Age | Address |
|---|---|---|

# Notes Info for Shopper ID 39706942
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 3/24/2011 2:10:27 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccess email for NOTISSUES.COM to: shopper. |
| 3/24/2011 2:03:58 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: NOTISSUES.COM OrderID: 315315126 RowID: 0 Namespace:domain ResourceID: 99098715 |
| 3/24/2011 2:03:48 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name NOTISSUES.COM activated by RegComEPPSvc on 03/24/11 14:03:48 |
| 3/24/2011 2:03:32 PM / Kinney, Diane / Client IP: GoDaddy Internal | John called in to get log in info, sent pw reset, cust not getting, sent to another email address, still can't figure out how to do the reset right - cust purch domain over phn one year |
| 3/24/2011 1:58:07 PM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 3/24/2011 1:56:02 PM / Kinney, Diane / Client IP: GoDaddy Internal | Old Country: us New Country: US | Old Email: alancooper069@gmail.com New Email: johnlsteele@gmail.com |
| 3/24/2011 1:53:51 PM / Kinney, Diane / Client IP: GoDaddy Internal | Diane Kinney accessed account with reason "General/Research". Shopper PIN. |
| 3/24/2011 9:42:30 AM / Reynolds, Patrick / Client IP: GoDaddy Internal | ***IAT Call takeover*** John was upset about not being able to get into the account found pin wanted to renew hosting for one month wt process. |
| 3/24/2011 9:36:06 AM / Reynolds, Patrick / Client IP: GoDaddy Internal | Patrick Reynolds accessed account with reason "General/Research". Validation was skipped. |
| 3/24/2011 9:36:05 AM / Reynolds, Patrick / Client IP: GoDaddy Internal | Researchign acc |
| 3/24/2011 9:30:55 AM / Rice, Blair / Client IP: GoDaddy Internal | Blair Rice accessed account with reason "General/Research". Shopper PIN. |
| 3/24/2011 9:11:57 AM / Rice, Blair / Client IP: GoDaddy Internal | Blair Rice accessed account with reason "General/Research". Shopper PIN. |
| 3/24/2011 3:30:30 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Failure Email sent to: alancooper069@gmail.com;johnlsteele@gmail.com for Product Name   Next Billing Date Qty    Price<br>------------                  ---------------- --- ----------<br>Hosting - Web - Deluxe - Linux - Renewal - Monthly... 4/3/2011   1    $7.99<br>   Billing for 03/24/2011. iraqcarepackages.com<br>Bandwidth Renewal (recurring)                4/3/2011   1    $0.00<br>   Bandwidth/DiskSpace for 03/24/2011. iraqcarepackages.com |
| 3/24/2011 3:30:30 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt (Hosting Bandwidth): 1.  Next Attempt Date: Apr  3 201  Reason: Payment request was declined. Account: Bandwidth/DiskSpace for 03/24/2011. iraqcarepackages.com |
| 3/24/2011 3:30:30 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt (Web Hosting): 1.  Next Attempt Date: Apr  3 201  Reason: Payment request was declined. Account: Billing for 03/24/2011. iraqcarepackages.com |
| 3/2/2011 12:11:42 PM / Cust-39706942 / Client IP: | Web Hosting:128910508 (e36a6548-f7ec-11df-9c4e-00114332949f) - Entered Account |
| 2/24/2011 7:25:21 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Success Email for Order: 307830926 sent to: alancooper069@gmail.com;johnlsteele@gmail.com, using primary payment method. |
| 1/24/2011 6:44:09 PM / PaymentProfile / Client IP: GoDaddy Internal | PaymentProfile: Deactivating credit_card account ending in 2441 (profile 25330877) |
| 1/24/2011 6:39:43 PM / Cust-39706942 / Client IP: | Billing:91252982-Profile Update REQUESTOR_IP:174.53.162.245. |
| 1/24/2011 6:39:43 PM / Cust-39706942 / Client IP: | Billing:91782652-Profile Update REQUESTOR_IP:174.53.162.245. |
| 1/24/2011 6:39:43 PM / Cust-39706942 / Client IP: | proxima:128517359-Profile Update REQUESTOR_IP:174.53.162.245. |