# EXHIBIT F

**From:** Paul Duffy <paduffy@wefightpiracy.com>
**Date:** February 27, 2013 at 9:41:38 AM EST
**To:** jsweet@boothsweet.com
**Subject: Disks**

I received 2 disks from Fifth Third bank, titled "Wholesale Lockbox Imaging".  Please let me know fiyou would like me to forward them.

--
Paul A. Duffy
Attorney
Licensed only in the state of IL, MA, CA, and the District of Columbia

Tel:  (312) 880-9160
Fax: (312) 893-5677

161 N. Clark St. Suite 3200
Chicago, IL 60601

www.wefightpiracy.com
paduffy@wefightpiracy.com