

**From:** "jsweet@boothsweet.com" <jsweet@boothsweet.com>
**Subject:** AF Holdings v Chowdhury, 12-cv-12105-JLT; AF Holdings v. Eliott Olivas, 12-cv-01401-JBA
**Date:** August 13, 2013 5:09:04 PM EDT
**To:** paduffy@pduffygroup.com, Paul Duffy <paduffy@wefightpiracy.com>, docket@wefightpiracy.com
**Cc:** Daniel Ruggiero <druggieroesq@gmail.com>
1 Attachment, 13.2 KB

Paul

As you may know, I have moved for default against your client, AF Holdings, in the two above-captioned cases for failure to answer my client's counterclaims.

I also intend to file for civil contempt in the Chowdhury matter for AF Holdings failure to comply with the judge's order that it post bond in the amount of $60,000. I am writing to you to give you an opportunity to post said bond before I file anything, or to at least open a dialogue on the issue.

Regards,
Jason


Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

BOOTH SWEET LLP