**From:** "Paul Duffy" <paduffy@wefightpiracy.com>
**Subject:** **Inactive Re: AF Holdings v Chowdhury, 12-cv-12105-JLT; AF Holdings v. Eliott Olivas, 12-cv-01401-JBA**
**Date:** August 13, 2013 5:09:10 PM EDT
**To:** jsweet@boothsweet.com

Please note that this account is no longer active. I will not have access to, and will not read, communications sent to this email address. Thank you.


--
Paul A. Duffy
Attorney
Licensed only in the state of IL, MA, CA, and the District of Columbia

Tel: (312) 880-9160
Fax: (312) 893-5677

161 N. Clark St. Suite 3200
Chicago, IL 60601

www.wefightpiracy.com
paduffy@wefightpiracy.com