**From:** Dan Ruggiero <druggieroesq@gmail.com>
**Subject:** **Re: Paul duffy**
**Date:** August 13, 2013 9:01:50 PM EDT
**To:** "jsweet@boothsweet.com" <jsweet@boothsweet.com>

I have t been able to get a hold of anyone. Last person was mark lutz who gave me the ok to dismiss those claims for you. Don't know if it was him or not but that's what the guy on the phone said. They are getting the pleadings through the docket email as that one is not bouncing back

Sent from my iPhone

On Aug 13, 2013, at 8:36 PM, "jsweet@boothsweet.com" <jsweet@boothsweet.com> wrote:

> None. They've reportedly disconnected them all. I used the ones he gave in pleadings he filed yesterday and they both bounced back.
>
> Sent from my iPhone
>
> On Aug 13, 2013, at 7:54 PM, Dan Ruggiero <druggieroesq@gmail.com> wrote:
>
>> What email address do you have that actually works?
>>
>> Sent from my iPhone