

## Af

**Paul Duffy** <paduffy@wefightpiracy.com>  Tue, Aug 13, 2013 at 7:47 PM
To: "druggieroesq@gmail.com" <druggieroesq@gmail.com>

Please call me before our client sues you for malpractice

Sent from my iPhone

**Dan Ruggiero** <druggieroesq@gmail.com>  Tue, Aug 13, 2013 at 7:48 PM
To: Paul Duffy <paduffy@wefightpiracy.com>

What's your number?

Sent from my iPhone
[Quoted text hidden]

**Dan Ruggiero** <druggieroesq@gmail.com>  Tue, Aug 13, 2013 at 7:59 PM
To: druggieroesq@gmail.com


Sent from my iPhone

Begin forwarded message:

> **From:** Paul Duffy <paduffy@wefightpiracy.com>
> **Date:** August 13, 2013, 7:47:49 PM EDT
> **To:** "druggieroesq@gmail.com" <druggieroesq@gmail.com>
> **Subject: Af**
>
> Please call me before our client sues you for malpractice
>
> Sent from my iPhone

**Paul Duffy** <paduffy@wefightpiracy.com>  Tue, Aug 13, 2013 at 8:17 PM
To: Dan Ruggiero <druggieroesq@gmail.com>

312-952-6136

Sent from my iPhone
[Quoted text hidden]



# Af

**Paul Duffy** <paduffy@wefightpiracy.com>  Tue, Aug 13, 2013 at 7:47 PM
To: "druggieroesq@gmail.com" <druggieroesq@gmail.com>

Please call me before our client sues you for malpractice

Sent from my iPhone

**Dan Ruggiero** <druggieroesq@gmail.com>  Tue, Aug 13, 2013 at 7:48 PM
To: Paul Duffy <paduffy@wefightpiracy.com>

What's your number?

Sent from my iPhone
[Quoted text hidden]

**Dan Ruggiero** <druggieroesq@gmail.com>  Tue, Aug 13, 2013 at 7:59 PM
To: druggieroesq@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Paul Duffy <paduffy@wefightpiracy.com>
> **Date:** August 13, 2013, 7:47:49 PM EDT
> **To:** "druggieroesq@gmail.com" <druggieroesq@gmail.com>
> **Subject: Af**
>
> Please call me before our client sues you for malpractice
>
> Sent from my iPhone

**Paul Duffy** <paduffy@wefightpiracy.com>  Tue, Aug 13, 2013 at 8:17 PM
To: Dan Ruggiero <druggieroesq@gmail.com>

312-952-6136

Sent from my iPhone
[Quoted text hidden]