UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AF HOLDINGS, LLC,<br>    *Plaintiff,*<br>    *v.*<br>ELLIOT OLIVAS,<br>    *Defendant.* | Civil No. 3:12-cv-01401 (JBA)<br><br>September 23, 2014 |

**SUA SPONTE ORDER OF DISMISSAL**

By notice dated August 30, 2013 Plaintiff AF Holdings, LLC was advised that its counsel had moved to withdraw on August 14, 2013, and that the motion to withdraw would remain under advisement for one month to afford Plaintiff time to engage successor counsel whose appearance must be filed by September 30, 2013 or Plaintiff risked default or dismissal.

By order filed October 13, 2013 [Doc. # 37] the Motion to Withdraw was granted but since no replacement counsel ever appeared, default or dismissal could be sought. Default and default judgment were only sought [Docs. # 30, 38] on Defendant's counterclaims which are considered separately.  Because the Court possesses inherent authority to dismiss where a party fails to plead or comply with court order, as here, *see Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962); Fed. R. Civ. P. 41(b), and because Plaintiff has taken no steps to prosecute its action in any way for 18 months, the Court hereby dismisses the Complaint [Doc. # 1] of AF Holdings.

IT IS SO ORDERED.

       /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 23rd day of September, 2014.