# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

AF HOLDINGS, LLC

    v.                                              CIVIL NO.   3:12 CV 1401 (JBA)

ELLIOT OLIVAS

## **JUDGMENT**

This cause came on for consideration on the plaintiff's complaint before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered all of the papers filed in this action and on September 23, 2014, entered an order dismissing the complaint for failure to prosecute.

On January 30, 2015, the defendant Elliot Olivas voluntarily dismissed all his counter-claims without prejudice.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the plaintiff's complaint is dismissed and the case is closed.

Dated at New Haven, Connecticut, this 13th day of February, 2015

                                    ROBIN D. TABORA, CLERK

                                    By_____/s/_____
                                        Patricia A. Villano, Deputy Clerk

EOD   2/13/2015